# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE ROSENBERG, etc., et al., ) | 1:04-cv-5418 OWW TAG |
| ) | |
| Plaintiffs, ) | ORDER APPOINTING GUARDIAN |
| ) | |
| v. ) | |
| ) | |
| COLT'S MANUFACTURING COMPANY ) | |
| LLC, etc., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to the prior order of this Court the following attorney is appointed as Guardian ad Litem for the minor child, Alex Rosenberg:  Lee Jacobson, Esq., 1690 West Shaw Avenue, Suite 201, Fresno, California 93711-3516, phone (559) 448-0400, fax (559) 448-0123.  Mr. Jacobson has agreed to accept this appointment on a pro bono basis as a service to the court and the interests of justice.

SO ORDERED.

DATED:  June __2__ 2005.

/s/ OLIVER W. WANGER

_____
Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

rosenberg order