Ronald P. Oines (State Bar No. 145016)
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035
Email: roines@rutan.com

Attorneys for defendants, counterclaimants and crossclaimants COLT'S MANUFACTURING COMPANY LLC, NEW COLT HOLDING CORP. and COLTEC INDUSTRIES INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE ROSENBERG, etc., et al.,<br><br>Plaintiff,<br><br>vs.<br><br>COLT'S MANUFACTURING COMPANY LLC, etc., et al.,<br><br>Defendants.<br><br>AND RELATED COUNTER AND CROSSCLAIMS. | Case No. CIV-F-04-5418 OWW (TAG)<br><br>**STIPULATION REGARDING DISMISSAL OF ALL CLAIMS, COUNTERCLAIMS AND CROSSCLAIMS AND GOOD FAITH SETTLEMENT**<br><br>ORDER |

WHEREAS, plaintiff LEE ROSENBERG ("Lee Rosenberg") filed the Complaint in this action (the "Complaint") against COLT'S MANUFACTURING COMPANY LLC ("Colt's"), NEW COLT HOLDING CORP. ("New Colt"), COLTEC INDUSTRIES INC. ("Coltec"), CRAIG HANSEN ("Hansen") and SHARRIE HARRIS ("Harris");

WHEREAS, Lee Rosenberg's Complaint asserts three causes of action, as follows: (1) for Wrongful Death, on Lee Rosenberg's own behalf, (2) for Infliction of Emotional Distress on behalf of, and as Guardian ad Litem for, Alex Rosenberg, and (3) for Survivorship, on Lee Rosenberg's own behalf;

1  WHEREAS, Lee Rosenberg asserted in the Complaint that Harris was sued
2 as a defendant because she was negligent and also because Lee Rosenberg was
3 required to name Harris in the Action because she is an heir of Jordan Rosenberg;
4  WHEREAS, Colt's, New Colt and Coltec (collectively, the "Colt Parties")
5 filed Counterclaims for Indemnity against Lee Rosenberg and Alex Rosenberg, and
6 Crossclaims for Indemnity against Hansen and Harris;
7  WHEREAS, Hansen filed Counterclaims against Alex Rosenberg and the
8 Colt Parties;
9  WHEREAS, the Court has appointed Lee Jacobson to act as the Guardian ad
10 Litem for Alex Rosenberg, a minor, in this case;
11  WHEREAS, the parties to this action has settled all claims, counterclaims
12 and crossclaims in this action;
13  WHEREAS, because Alex Rosenberg is a minor, the settlements with him
14 were required to be presented to the Court for approval;
15  WHEREAS, on September 19, 2005, the Court, Honorable Oliver W.
16 Wanger presiding, held a hearing regarding the settlements with Alex Rosenberg;
17  WHEREAS, on September 23, 2005, the Court issued an Order approving
18 the settlements with Alex Rosenberg;
19  NOW, THEREFORE, pursuant to Rule 41(a) of the Federal Rules of Civil
20 Procedure, the Parties, by and through their undersigned counsel of record, and
21 Alex Rosenberg, by and through his guardian ad litem, Lee Jacobson, hereby
22 STIPULATE as follows and request that the Court enter an Order on the Parties'
23 stipulation stated herein:
24  1.  All of Lee Rosenberg's causes of action against Colt's, New Colt,
25 Coltec, Hansen and Harris are dismissed with prejudice.
26  2.  All causes of action filed on behalf of Alex Rosenberg are dismissed as
27 to Colt's, New Colt and Coltec without prejudice.
28  3.  All causes of action filed on behalf of Alex Rosenberg as to Hansen

and Harris are dismissed with prejudice.

4.   The Counterclaim of Colt's, New Colt and Coltec against Lee Rosenberg is dismissed with prejudice.

5.   The Counterclaim of Colt's, New Colt and Coltec against Alex Rosenberg is dismissed without prejudice.

6.   To the extent Harris may be deemed to be a plaintiff in this case, or otherwise to have asserted any claims against Colt's, New Colt or Coltec, all of Harris's claims against such parties are dismissed with prejudice.

7.   Hansen's Counterclaims against Colt's, New Colt, Coltec and Alex Rosenberg are dismissed with prejudice.

8.   The Crossclaims of Colt's, New Colt and Coltec against Harris and Hansen are dismissed with prejudice.

9.   All of the parties hereto agree that the settlements entered into among the parties are in good faith pursuant to any and all applicable federal or state law.

**IT IS SO STIPULATED**

Dated:  October 3, 2005          RUTAN & TUCKER, LLP
                                 RONALD P. OINES

                                 By:   /s/ Ronald P. Oines
                                       Ronald P. Oines
                                 Attorneys for COLT'S MANUFACTURING
                                 COMPANY LLC, NEW COLT HOLDING
                                 CORP. and COLTEC INDUSTRIES INC.

Dated:  October 4, 2005          LAW OFFICE OF STEPHEN J. RINGHOFF
                                 STEPHEN J. RINGHOFF

                                 By:   /s/ Stephen J. Ringhoff
                                       Stephen J. Ringhoff
                                 Attorney for LEE ROSENBERG and ALEX
                                 ROSENBERG

| | | |
|---|---|---|
| 1 | Dated: September 30, 2005 | OREN & OREN, INC.<br>CHARLES D. OREN |
| 2 | | |
| 3 | | By: /s/ Charles D. Oren |
| 4 | | Charles D. Oren<br>Attorneys for SHARRIE HARRIS |
| 5 | | |
| 6 | Dated: September 28, 2005 | LAW OFFICES OF JESS MERCADO<br>JESS A. MERCADO |
| 7 | | |
| 8 | | By: /s/ Jess A. Mercado |
| 9 | | Jess A. Mercado<br>Attorneys for CRAIG HANSEN |
| 12 | Dated: September 29, 2005 | LEE JACOBSON |
| 13 | | By: /s/ Lee Jacobson |
| 14 | | Lee Jacobson<br>Guardian ad Litem for ALEX ROSENBERG |

**IT IS SO ORDERED**

DATED: __October 11_____, 2005      _/s/ OLIVER W. WANGER_____
                                      OLIVER W. WANGER
                                      UNITED STATES DISTRICT JUDGE

Rutan & Tucker LLP
*attorneys at law*

2118/023681-0001
645527.01 a10/11/05        -4-        STIPULATION REGARDING DISMISSALS