1   STEPHEN J. RINGHOFF, SBN 067287
    LAW OFFICE OF STEPHEN J. RINGHOFF
2   A Professional Law Corporation
    814 - 14th Street, Suite C
3   Post Office Box 3009
    Modesto, California 95353-3009
4   Telephone: (209) 527-5360
    Facsimile: (209) 527-1727

5

6   Attorney for Plaintiffs

7

8

9

10                  UNITED STATES DISTRICT COURT

11                  Eastern District of California

12

13

14  LEE ROSENBERG, individually        Case NO. CIV.F-04-5418 OWW TAG
    and as the Guardian ad Litem
15  of ALEX ROSENBERG, a minor,          ORDER APPROVING COMPROMISE OF
    and as survivor of JORDAN           MINOR'S CLAIM
16  ROSENBERG, deceased

17          Plaintiff(s),

18  v.

19  COLT'S MANUFACTURING
    COMPANY, LLC;  NEW COLT
20  HOLDING CORPORATION; CRAIG
    HANSEN; SHARRIE RODZON-
21  HARRIS,  and DOES 1 through
    100,
22
            Defendant(s).
23  _____

24  AND RELATED COUNTERLCLAIMS
    AND CROSSCLAIMS.
25  _____/

26  //

27  //

28
    _____
    [PROPOSED] ORDER APPROVING
    COMPROMISE OF MINOR'S CLAIM

1    This matter came on regularly for hearing, on September 19,
2    2005, before the Honorable Oliver W. Wanger, United States
3    District Judge, Judge Presiding.

4    The matter having been presented to this Court, and good
5    cause appearing

6    IT IS HEREBY ORDERED that the minor's compromise\settlement
7    on behalf of the minor, Alex Rosenberg, is approved, and that
8    Alex Rosenberg shall receive one-third ($33,333.34) of the
9    settlement funds paid out by Craig Hansen in settlement of all
10   claims against Craig Hansen.  In exchange for payment by Craig
11   Hansen to said minor, Craig Hansen shall be fully and forever
12   released and discharged of and from all claims, charges, and
13   demands of said minor arising of and from the incident that
14   serves as the basis for the underlying lawsuit.

15   IT IS FURTHER ORDERED that Lee Mitchell Jacobson, as
16   Guardian ad Litem, shall execute a release in full of all claims
17   on behalf of said minor releasing any and all claims said minor
18   may have against Craig Hansen.  Lee Mitchell Jacobson, as
19   Guardian ad Litem, shall, on behalf of said minor, execute a
20   dismissal with prejudice of all claims and cross-claims said
21   minor may have against Craig Hansen.

22   IT IS FURTHER ORDERED that Lee Mitchell Jacobson, as
23   Guardian Ad Litem, shall execute the documents necessary for a
24   dismissal of all claims and cross-claims, without prejudice,
25   leaving the minor free to renew any claims he may have against
26   the Colt parties when he reaches the age of majority.

27

28

1    IT IS FURTHER ORDERED that the net settlement proceeds due

2 the minor, Alex Rosenberg, shall be placed into a structured

3 settlement annuity that would begin paying annuities to Alex

4 Rosenberg when he reaches the age of majority.

5    DATED:   10/12/05

6

7                              /s/Oliver W. Wanger
                               Oliver W. Wanger
8                         UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE BY MAIL**
**STATE OF CALIFORNIA, COUNTY OF STANISLAUS**

_____I, the undersigned, declare that I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen (18) years and not a party to the within entitled action; my business address is 814 - 14th Street, Suite C, Modesto, California, 95354.  My mailing address is P. O. Box 3009, Modesto, California, 95353.  On October 13, 2005, I served the within **_[PROPOSED] ORDER APPROVING LEE ROSENBERG'S APPLICATION FOR APPROVAL OF PARTIAL COMPROMISE OF MINOR'S_** _CLAIM_ on the parties in said action, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, in the United States Mail, at Modesto, California, for regular first class mail, addressed as follows:

**CHARLES D. OREN**
**OREN & OREN, INC.**
**Attorneys at Law**
**470 East Herndon, Suite 202**
**Fresno, CA 93720**
**(Attorney for Sherrie Rodzon-Harris)**

**JESS A. MERCADO**
**LAW OFFICES OF JESS A. MERCADO**
**P. O. Box 21717**
**Bakersfield, CA 93390-1717**
**(Attorney for Craig Hansen)**

**RONALD P. OINES**
**RUTAN & TUCKER LLP**
**611 Anton Blvd., 14th Floor**
**Costa Mesa, CA 92626-1998**
**(Attorney for Colt)**

I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing.  The above document(s) is(are) deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on a motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in the affidavit.  I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 13, 2005, at Modesto, California.

_____/s/ Sharon A. Haggard_____
**SHARON A. HAGGARD**